

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-12-00418-CR**

**EX PARTE CRAIG E. MENDENHALL**

_____

**From the 77th District Court**
**Freestone County, Texas**
**Trial Court No. 97-035-CR**

**MEMORANDUM  OPINION**

Craig E. Mendenhall appeals from the trial court's denial of Mendenhall's article 11.25 petition for writ of habeas corpus, also known as a "medical writ."  TEX. CODE CRIM. PROC. ANN. art. 11.25 (West 2005).  By letter dated November 21, 2012, the Clerk of this Court notified Mendenhall that his appeal was subject to dismissal because the notice of appeal appeared untimely.  Mendenhall was further warned that the Court would dismiss the appeal unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal.  Mendenhall filed a response but it does not show grounds for continuing the proceeding.

The trial court's docket sheet indicates that Mendenhall's petition was initially denied on June 25, 2012. Mendenhall presented a motion for reconsideration which was filed on July 6, 2012 and denied on July 13, 2012. Mendenhall contends the clerk's record may have been altered and is fraudulent because the entry on the trial court's docket sheet indicates that the trial court denied Mendenhall's motion for reconsideration on July 12, 2012. We received a supplemental clerk's record which includes the trial court's handwritten denial, dated July 13, 2012, of the motion for reconsideration. Further, we have inspected the docket sheet, and although the day of the entry could be interpreted as a 12, we believe it is a 13, corresponding with the day the trial court signed the denial.

Mendenhall's notice of appeal was due 90 days from June 25, 2012, the date the trial court initially denied Mendenhall relief, which would have been September 24, 2012.[1] *See* TEX. R. APP. P. 26.2(a)(2). The notice of appeal was not filed until October 26, 2012. It is untimely, and we have no jurisdiction of an untimely notice of appeal. *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996).

This appeal is dismissed.


TOM GRAY
Chief Justice

---

[1] The actual due date, September 23, 2012, was a Sunday. *See* TEX. R. APP. P. 4.1(a).

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 27, 2012
Do not publish
[CR25]